UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN HARVEY, | : | Civil No. 3:18-cv-1813 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LAUREL HARRY, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 11th day of February, 2020, upon consideration of the motion for summary judgment, filed by the Pennsylvania Department of Corrections, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Pennsylvania Department of Corrections' motion (Doc. 5) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendant Pennsylvania Department of Corrections, and against Plaintiff, Norman Harvey.

Robert D. Mariani
United States District Judge